

The following constitutes the order of the court.
Signed March 27, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Scott Eric Zeilinger,<br><br>         Debtor. | No. 14-44325<br><br>Chapter 7 |

**MEMORANDUM REGARDING MOTION TO DISMISS**

    Debtor filed chapter 11 bankruptcy on October 28, 2014 (Doc. 1). On February 18, 2015, creditor Angelica and Raoul Relucio filed a motion requesting the case be converted to chapter 7 (Doc. 63). Debtor opposed the motion, and a hearing was held on March 18, 2015 (Doc. 72, 75). At the conclusion of the hearing the court granted the motion, and the case was

converted to chapter 7 on March 20, 2015 (Doc. 77, 78).  On March 23, Debtor filed a *Motion to Dismiss* (Doc. 79).

The *Motion to Dismiss* included a March 25, 2015, hearing date in the caption of the document.  The judge presiding over this case was out of town on March 25, and the judge did not hold any hearings on that date.  Debtor is directed to follow *Judge Lafferty's Open Calendar Procedure* when selecting a hearing date.  The *Procedure* is available on the United States Bankruptcy Court for the Northern District of California's website.  The Bankruptcy Local Rules for the Northern District of California and Federal Rules of Bankruptcy Procedure must also be followed, and the *Motion to Dismiss* must be properly noticed and served on all interested parties.

**\*END OF ORDER\***

**COURT SERVICE LIST**

ALL PARTIES